IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAHAMADOU TIRERA,

    Petitioner,

v.                                            No. 2:26-cv-0045 MLG/SCY

KRISTI NOEM, et al.,

    Respondents.

## ORDER FOR STATUS UPDATE

Petitioner Mahamadou Tirera seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Tirera filed his Petition for a Writ of Habeas Corpus ("Petition"), on January 9, 2026, in which he seeks his immediate release or in the alternative an individualized bond hearing before an immigration judge. Doc. 1 at 25. Respondents Todd Lyons, Secretary Noem, and Attorney General Bondi filed a Motion to Dismiss Petition for Writ of Habeas Corpus on January 27, 2026. Doc. 5. Respondents stated that Tirera had a master calendar hearing before an immigration judge scheduled for February 3, 2026. *Id.* at 2; Doc. 5-8 at 1.

The Court orders Respondents to file a status update with the Court addressing any rulings or orders made during the February 3, 2026 master calendar hearing by the immigration judge, and providing the dates of any other hearings regarding Tirera's removal proceeding. The update shall be filed with the Court no later than 4:00 p.m. Friday, February 13, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA