**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MAHAMADOU TIRERA,

Petitioner,

v. No. 2:26-00045-cv-MLG-SCY

HECTOR RIOS, in his official capacity as Acting Warden of Otero County Detention Facility, et al.,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner Mahamadou Tirera's Amended Petition for Writ of Habeas Corpus ("Petition"). Doc. 1. The Court, having considered the Petition, having held a hearing on October 30, 2026, and being otherwise fully informed, denies the Petition for the reasons stated on the record at the hearing. *See* 8 U.S.C. § 1226(e) ("The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the . . . denial of bond or parole."); 8 C.F.R. § 1003.10(a) (noting that immigration judges are appointed by the Attorney General to "act as the Attorney General's delegates in the cases that come before them"). A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA